IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORENZO HARRIS,

     Plaintiff,                         JUDGMENT IN A CIVIL CASE

   v.                              Case No.  13-cv-560-wmc

CORRECTIONAL OFFICER HERSHBERGER,

     Defendant.

---

    This action came before the court for consideration with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Hershberger denying plaintiff Lorenzo Harris's motion for leave to proceed and dismissing his claim.

    /s/                                     October 24, 2014

| | |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |